**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America,<br><br>　　　　　Plaintiff,<br>v.<br><br>Frederick T. Strand,<br><br>　　　　　Defendant. | No. CV 09-8130-PCT-PGR<br><br>**ORDER** |

Currently before the Court is the Stipulation for Consent Judgment executed and filed by the parties. The Court finds that it has jurisdiction over the subject matter and the parties and that the allegations of the Complaint and the Stipulation for Consent Judgment are well taken. Accordingly,

IT IS HEREBY ORDERED that judgment is entered in favor of the United States, and against Defendant in the amount of $7,500 together with post-judgment interest.

DATED this 1st day of March, 2010.

```
Paul G. Rosenblatt
United States District Judge
```